LAWRENCE G. WASDEN
ATTORNEY GENERAL

BRIAN KANE, ISB #6264
Assistant Chief Deputy Attorney General

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation
CLAY R. SMITH, ISB #6385
Deputy Attorney General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:     (208) 334-2400
Facsimile:      (208) 854-8073
   Attorneys for Defendant Lawrence G. Wasden

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 370,<br><br>   Plaintiff,<br><br>vs.<br><br>LAWRENCE G. WASDEN, in his official capacity as Attorney General for the State of Idaho,<br><br>   Defendant. | Case No. 4:15-cv-00500-EJL-CWD<br><br>**MOTION TO DISMISS FIRST AMENDED COMPLAINT (DKT. 14)** |

  Defendant Lawrence G. Wasden requests that the first amended complaint (Dkt. 14) be dismissed under Fed. R. Civ. P. 12(b)(1) and (6),

  AND AS GROUNDS THEREFOR states that this Court lacks subject matter jurisdiction over Plaintiff's preemption claim under the National Labor Relations Act, that its preemption and takings claims are barred by the applicable statute of limitations, and that both claims fail to state a basis upon which relief may be granted.  The supporting memorandum filed

MOTION TO DISMISS FIRST AMENDED COMPLAINT (DKT. 14)

simultaneously herewith sets out the relevant factual and legal analysis.

## CONCLUSION

The motion to dismiss should be granted.

DATED: December 17, 2015

                                              STATE OF IDAHO
                                              OFFICE OF THE ATTORNEY GENERAL

                                              By    /s/ *Clay R. Smith*
                                                       CLAY R. SMITH
                                                       Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Stephen P. Berzon<br>sberzon@alber.com | Scott A. Kronland<br>skronland@alber.com |

Zoe Palitz
zpalitz@alber.com

James M. Piotrowski
james@idunionlaw.com

I FURTHER CERTIFY that on December 17, 2015, I caused the foregoing to be mailed, first-class postage prepaid, to the following person:

Benjamin Sachs
1525 Massachusetts Avenue
Cambridge, MA 02138

                                               */s/ Clay R. Smith*
                                               Clay R. Smith
                                               Deputy Attorney General