David H. Leroy (ID Bar No. 1359)
Attorney at Law
802 W. Bannock Street, #201
Boise, Idaho 83702
Tel: 208-342-0000
Fax: 208-342-4200
Email: dave@dleroy.com

Bruce N. Cameron (*pro hac vice*) (DC Bar No. 380850)
Milton L. Chappell  (DC Bar No. 936153)
Glenn M. Taubman (DC Bar No. 384079)
 c/o National Right to Work Legal
 Defense Foundation, Inc.
 8001 Braddock Road, Suite 600
Springfield, Virginia  22160
Tel: 703-321-8510
Fax: 703-321-9319
Email: bnc@nrtw.org
*Attorneys for National Right to Work Legal Defense and Education Foundation, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 370,<br><br>*Plaintiff,*<br><br>v.<br><br>LAWRENCE G. WASDEN, in his official capacity as Attorney General for the State of Idaho,<br><br>*Defendant.* | CASE NO.: 4:15-CV-00500<br><br>MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS [Dkt.11] |

The National Right to Work Legal Defense and Education Foundation, Inc. (Foundation) respectfully moves this Court for leave to file the attached brief as *amicus curiae* in support of Defendant Attorney General Lawrence G. Wasden's

Motion to Dismiss. Counsel for the Foundation apologizes for not filing this motion earlier. They file now because the Foundation only recently learned of this litigation. The undersigned attorneys have been working diligently to compose and file this brief as soon as possible.

In the last few years, new Right to Work laws have been enacted in Indiana, Michigan and Wisconsin. All were challenged by organized labor on constitutional grounds, and all were defended by Foundation attorneys working in support of the state attorneys general. *See, e.g.*, *Sweeney v. Pence*, 767 F.3d 654 (7th Cir. 2014); *Zoeller v. Sweeney*, 19 N.E.3d 749 (Ind. 2014); *Local 514, Trans. Workers Union of Am. v. Keating,* 358 F.3d 743 (10th Cir. 2004). Thus, the Foundation and its attorneys bring special expertise to this matter. In addition, they are joined in this brief by former Idaho Attorney General David H. Leroy.

During the past forty-five years, the Foundation's legal staff has been involved in every decision of the United States Supreme Court dealing with compulsory union fees, and in most cases were counsel of record for the employees who were parties before the Supreme Court. *See, e.g., Harris v. Quinn,* 134 S.Ct. 2618 (2014); *Knox v. Serv. Emps. Int'l Union, Local 1000*, 132 S. Ct. 2277 (2012); *Davenport v. Wash. Educ. Association*, 551 U.S. 177 (2007).

The Foundation presents the accompanying *amicus* brief to bring additional authority to the Court's attention and, of particular importance, to explain why Plaintiff Local 370 has proposed to this Court the wrong constitutional remedy.

For the foregoing reasons, this Court should grant the present motion and allow the Foundation to file the accompanying *amicus curiae* brief.

Respectfully submitted,

/s/ David H. Leroy
David H. Leroy
Attorney at Law
802 W. Bannock Street, #201
Boise, Idaho 83702
Tel: 208-342-0000
Fax: 208-342-4200
dave@dleroy.com

/s/ Bruce N. Cameron
Bruce N. Cameron (DC Bar No. 380850)
Milton L. Chappell (DC Bar No. 936153)
Glenn M. Taubman (DC Bar No. 384079)
 c/o National Right to Work Legal
Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319
bnc@nrtw.org

*Attorneys for the National Right to Work Legal Defense and Education Foundation, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this 25th day of May, 2016, a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court using the CM/ECF system, and thereby a copy of said Motion was served on counsel for all parties, who are all on the ECF system.

/s/ David H. Leroy
David H. Leroy (ID Bar No. 1359)
Attorney at Law
802 W. Bannock Street, #201
Boise, Idaho 83702
Tel: 208-342-0000
Fax: 208-342-4200
Email: dave@dleroy.com