LAWRENCE G. WASDEN
ATTORNEY GENERAL

BRIAN KANE, ISB #6264
Assistant Chief Deputy Attorney General

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation
CLAY R. SMITH, ISB #6385
Deputy Attorney General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:	(208) 334-2400
Facsimile:	(208) 854-8073
    Attorneys for Defendant Lawrence G. Wasden

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 370,<br><br>    Plaintiff,<br><br>vs.<br><br>LAWRENCE G. WASDEN, in his official capacity as Attorney General for the State of Idaho,<br><br>    Defendant. | Case No. 4:15-cv-00500-EJL-CWD<br><br>**RESPONSE TO MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS [Dkt. 33]** |

    Defendant does not oppose the Motion for Leave to File Amicus Brief in Support of Defendant's Motion to Dismiss (Dkt. 33) submitted by the National Right to Work Legal Defense and Education Foundation, Inc.

//

//

//

RESPONSE TO MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS [Dkt. 33] - 1

DATED: June 1, 2016.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

By    /s/ *Clay R. Smith*
        CLAY R. SMITH
        Deputy Attorney General

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 1, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Stephen P. Berzon<br>sberzon@alber.com | Benjamin Sachs<br>bsachs@law.harvard.edu |
| Zoe Palitz<br>zpalitz@alber.com | David H Leroy<br>dave@dleroy.com |
| James M. Piotrowski<br>james@idunionlaw.com | Bruce N Cameron<br>bnc@nrtw.org |
| Scott A. Kronland<br>skronland@alber.com | |

                                         */s/ Clay R. Smith*
                                         Clay R. Smith
                                         Deputy Attorney General