STEPHEN P. BERZON (CA Bar No. 46540)
SCOTT A. KRONLAND (CA Bar No. 171693)
ZOE PALITZ (CA Bar No. 275752)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:      (415) 421-7151
Facsimile:      (415) 362-8064
Email:          sberzon@altber.com
Email:          skronland@altber.com
Email:          zpalitz@altber.com

BENJAMIN SACHS (DC Bar. No. 479092)
1525 Massachusetts Avenue
Cambridge, MA 02138
Telephone:      (617) 384-5984
Facsimile:      (617) 496-5156
Email:          bsachs84@gmail.com

JAMES M. PIOTROWSKI (ID Bar. No. 5911)
Herzfeld & Piotrowski, LLP
P.O. Box 2864
824 W. Franklin Street
Boise, Idaho 83701
Telephone:      (208) 331-9200
Facsimile:      (208) 331-9201
Email:          james@idunionlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 370,<br><br>    Plaintiff,<br><br> v.<br><br>LAWRENCE G. WASDEN, in his official capacity as Attorney General for the State of Idaho,<br><br>    Defendant. | CASE NO.: 4:15-CV-00500<br><br>**RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY [Dkt. 37]** |

Defendant's reliance on the Administrative Law Judge's decision in *International Alliance of Theatrical Stage Employees Local 720 (Tropicana Las Vegas, Inc.)*, 363 N.L.R.B. No. 148, 2016 WL 1255306 (Mar. 30, 2016) (summarily affirmed by a 3-member panel of the National Labor Relations Board), is misplaced for at least two reasons.

First, the holding of that case — that the federal duty of fair representation applies in states with so-called "right to work" laws — is well-established and is not disputed here. Plaintiff Local 370 has affirmatively alleged that it is bound by such a duty. *See* Dkt. 14 (First Amended Complaint), ¶ 10. It is equally clear, however, that Congress did not intend to allow Idaho's confiscatory law which has led to a situation where a minority of bargaining unit workers is required to pay for Union representation for a free-riding majority. *Id.* ¶ 28; *see also* Dkt. 21 (Opp. to Motion to Dismiss).

Second, the ALJ's statement that the Union's status as exclusive representative is "sufficient compensation" for its services makes no mention of the constitutional question at issue in this case. The ALJ did not decide whether a state may prohibit a union and an employer from agreeing to require appropriate monetary compensation for the services the union must provide under federal law. Indeed, in Nevada (where the *Tropicana* case arose) unions are permitted to charge nonmembers service fees to cover the cost of their representation. *See Cone v. Nevada Serv. Employees Union/SEIU Local 1107*, 116 Nev. 473 (2000) (holding that a union may charge nonmembers service fees for representation in grievances, hearings, and arbitrations).

Dated:   June 13, 2016           Respectfully submitted,

                                 */s/ Stephen P. Berzon*

                                 STEPHEN P. BERZON
                                 SCOTT A. KRONLAND
                                 ZOE PALITZ
                                 Altshuler Berzon LLP

        177 Post Street, Suite 300
        San Francisco, California 94108
        Telephone:    (415) 421-7151
        Facsimile:    (415) 362-8064
        Email: sberzon@altber.com
        Email: skronland@altber.com
        Email: zpalitz@altber.com

        BENJAMIN I. SACHS
        1525 Massachusetts Avenue
        Cambridge, Massachusetts 02138
        Telephone:    (617) 384-5984
        Facsimile:    (617) 496-5156 (fax)
        Email: bsachs84@gmail.com

        JAMES M. PIOTROWSKI
        Herzfeld & Piotrowski, LLP
        P.O. Box 2864
        824 W. Franklin Street
        Boise, Idaho 83701
        Telephone:    (208) 331-9200
        Facsimile:    (208) 331-9201
        Email: james@idunionlaw.com

        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 13, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Clay R. Smith
Clay.smith@ag.idaho.gov

Bruce N. Cameron
bnc@nrtw.org

David H Leroy
dave@dleroy.com

/s/ Stephen P. Berzon

STEPHEN P. BERZON
SCOTT A. KRONLAND
ZOE PALITZ
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:	(415) 421-7151
Facsimile:	(415) 362-8064
Email: sberzon@altber.com
Email: skronland@altber.com
Email: zpalitz@altber.com

BENJAMIN I. SACHS
1525 Massachusetts Avenue
Cambridge, MA 02138
Telephone:	(617) 384-5984
Facsimile:	(617) 496-5156 (fax)
Email: bsachs84@gmail.com

JAMES M. PIOTROWSKI
Herzfeld & Piotrowski, LLP
P.O. Box 2864
824 W. Franklin Street
Boise, Idaho 83701
Telephone:	(208) 331-9200
Facsimile:	(208) 331-9201
Email: james@idunionlaw.com

*Attorneys for Plaintiff*