LAWRENCE G. WASDEN
ATTORNEY GENERAL

BRIAN KANE, ISB #6264
Assistant Chief Deputy Attorney General

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation
CLAY R. SMITH, ISB #6385
Deputy Attorney General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:    (208) 334-2400
Facsimile:    (208) 854-8073
            Attorneys for Defendant Lawrence G. Wasden

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 370,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE G. WASDEN, in his official capacity as Attorney General for the State of Idaho,<br><br>Defendant. | Case No. 4:15-cv-00500-EJL-CWD<br><br>**SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT [Dkt. 16]** |

Defendant advises this Court of the following supplemental authority: *Operating Engineers Local 139 v. Schimel*, No. 16-CV-590-JPS, 2016 WL 5376197 (E.D. Wis. Sept. 26, 2016) (Attachment A).  The district court, relying on *Sweeney v. Pence*, 767 F.3d 654 (7th Cir. 2014), rejected a challenge to Wisconsin's right-to-work statute, Wis. Stat. § 111.04 (Supp. 2016), with reference to a fair representation agreement largely identical to the agreement at

SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT [Dkt. 16]

issue here. Exhibit A to the Wisconsin litigation's complaint, which was one of eight such agreements that the plaintiffs appended to the pleading, is annexed as Attachment B.

DATED: October 4, 2016.

                                             STATE OF IDAHO
                                             OFFICE OF THE ATTORNEY GENERAL

                                       By     /s/ *Clay R. Smith*
                                                   CLAY R. SMITH
                                                   Deputy Attorney General

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on October 4, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Stephen P. Berzon<br>sberzon@alber.com | Benjamin Sachs<br>bsachs@law.harvard.edu |
| Zoe Palitz<br>zpalitz@alber.com | David H Leroy<br>dave@dleroy.com |
| James M. Piotrowski<br>james@idunionlaw.com | Bruce N Cameron<br>bnc@nrtw.org |
| Scott A. Kronland<br>skronland@alber.com | |

                */s/ Clay R. Smith*
                Clay R. Smith
                Deputy Attorney General